IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

GERMONTRIC DRIVER, )
 )
    Plaintiff, )
 )
v. ) No. 1:12-0054
 ) Chief Judge Haynes
ENOCH GEORGE, et al., )
 )
    Defendants. )

# O R D E R

The following related actions with counsel for Plaintiffs contained claims common to pro se actions against common Defendants arising out of the conditions of confinement at the Maury County jail. The pro se actions were previously stayed, and case management orders were entered in the following actions in which the Plaintiffs are represented by counsel:

    Germontric Driver v. Enoch George, et al., 1:12-0054

    Larry McGuire v. Enoch George, et al., 1:12-0082

    Justin Mack McKennon, Andre Eugene Stephens v. Enoch George, et al., 1:12-0095

    James Andrew Wall v. Enoch George, et al., 1:12-0118

The lead actions are set for trial on October 7, 2014. Discovery and trial exhibits in the lead actions will be available to all parties.

Upon completion of the lead actions, the stayed actions will be set for individual trials. The stayed pro se actions are the following:

    Wendell Witherspoon, Jacob Goethe v. Enoch George, et al., 1:12-0062

    Qwanteldrick N. Ames v. Enoch George, et al., 1:12-0115; 1:12-0127

    Cameron Malugin v. Enoch George, et al., 1:12-0121

Michael Goodrum v. Enoch George, et al., 1:12-0125

Brandon Curtis Frazier v. Enoch George, et al., 1:12-0128

Jay Thomas Aldis v. Enoch George, et al., 1:12-0132

John Franklin Moore v. Enoch George, et al., 1:12-0135

Granville Pillow v. Enoch George, et al., 1:12-0137

Christopher E. Jones v. Enoch George, et al., 1:12-0140

Stephen M. Wix v. Enoch George, et al., 1:12-0141

David Bradley v. Debra Wagonshultz, et al., 1:12-0142

Jeri Diane Thurman v. Maury County Jail, et al., 1:12-0145

William W. Walker v. Floyd Sealy, et al., 1:12-0147

Anthony L. Davidson v. Enoch George, et al., 1:12-0148

Timothy Carl Johnson, Jr. v. Enoch George, et al., 1:12-0149

Brian Rummage v. Maury County Jail, et al., 1:12-0153

Jonathan Mitchell v. Maury County Jail, 1:12-0155

Eric Whitaker v. Enoch George, et al., 1:12-0158

Lindsey Ray Butler v. Debra Wagonshultz, et al., 1:12-0162

Jamie Secrest v. Enoch George, et al., 1:12-0164

Justin Dawson v. Enoch George, et al., 1:12-0168

Chad Allen Martin v. Enoch George, et al., 1:12-0170

Edward Walker v. Floyd Sealy, et al., 1:12-0176

Richard Dean Roberts v. Maury County Sheriff's Department, et al., 1:12-0182

Jackie Eugene Collins v. Enoch George, et al., 1:12-0186

William R. Runions, Jr. v. Enoch George, et al., 1:12-0187

Nothing in this Order precludes Plaintiffs in the stayed actions from being deposed or called as witnesses in the actions that will proceed to trial first.

The Clerk is directed to file this Order in each action listed in this Order.

It is so **ORDERED**.

**ENTERED** this the 2nd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court